IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID THOMAS, #67866, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  2:09cv293-WHA |
| ) | (WO) |
| CAPT. A.J. HARDY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On August 12, 2009, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation be and is hereby adopted and that this case be and is hereby DISMISSED without prejudice for Plaintiff's abandonment of his claims, his failure to comply with the orders of the court, and his failure to properly prosecute this action.

Done this the 3rd day of September 2009

_____
/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE